Paul Swen Prior, Esq.
Nevada Bar No. 9324
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       kriley@swlaw.com

*Attorneys for Defendants Diamond Resorts International Marketing, Inc. and Darryl Troy Partin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINE SCHAEFER, an individual<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS INTERNATIONAL, LLC, a Nevada limited liability company; DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a California corporation; DARRYL TROY PARTIN, an individual; ROE BUSINESS ENTITIES I through X, inclusive; and DOES I through X, inclusive.<br><br>Defendant. | CASE NO.   2:14-cv-01900-GMN-CWH<br><br>**STIPULATION AND ORDER TO MOOT PENDING MOTION TO DISMISS AND EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Plaintiff Caroline Schaefer ("Plaintiff"), through her counsel, Alverson, Taylor, Mortensen, & Sanders, and Defendants DIAMOND RESORTS INTERNATIONAL MARKETING, INC. ("DRI") and DARRYL TROY PARTIN, (collectively, "Defendants"), through its counsel, Snell & Wilmer L.L.P hereby stipulate and agree as follows:

WHEREAS, on November 20, 2014, Defendants filed their Motion to Dismiss ("Pending Motion to Dismiss") the Original Complaint;

WHEREAS, Plaintiff filed an Amended Complaint on December 11, 2014 and a response to Defendants' Pending Motion to Dismiss on December 12, 2014;

NOW THEREFORE, in consideration of the foregoing, to simplify the pending pleadings before this Court, and for judicial efficiency, IT IS HEREBY STIPULATED AND AGREED, between the Parties that:

1. The Original Complaint is now moot, and the Amended Complaint is now the operative complaint.
2. The Pending Motion to Dismiss is now moot.
3. Defendants will respond to the Amended Complaint by January 7, 2015.
4. This stipulation is for good cause and not purposes of delay.

| DATED this 22nd day of December, 2014. | DATED this 22nd day of December, 2014. |
|---|---|
| **ALVERSON, TAYLOR, MORTENSEN & SANDERS** | **SNELL & WILMER L.L.P.** |
| By: /s/ Matthew M. Pruitt, Esq.<br>Kurt R. Bonds, Esq.<br>Matthew M. Pruitt, Esq.<br>7401 W. Charleston Blvd.<br>Las Vegas, NV 89117<br>Telephone: (702) 384-7000<br>*Attorneys for Plaintiff Caroline Schaefer* | By: /s/ Paul Swen Prior<br>Paul Swen Prior, Esq.<br>Karl O. Riley, Esq.<br>3883 Howard Hughes Pkwy, Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendants* |

20700836

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 12/23/2014**