Paul Swen Prior,
Nevada Bar No. 9324
Karl O. Riley,
Nevada Bar No. 12077
V.R. Bohman
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
       kriley@swlaw.com
       vbohman@swlaw.com

*Attorneys for Defendant Diamond Resorts
International Marketing, Inc. and Darryl Troy Partin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINE SCHAEFER, an individual<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a California corporation; DARRYL TROY PARTIN, an individual; ROE BUSINESS ENTITIES I through X, inclusive; and DOES I through X, inclusive.<br><br>Defendants. | CASE NO.   2:14-cv-01900-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Caroline Schaefer, by and through her attorneys, the law firm of Alverson, Taylor, Mortensen & Sanders, and Defendants Diamond Resorts International Marketing, Inc. and Darryl Troy Partin ("Defendants," together with Plaintiff, the "Parties"), by and through their attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend Defendants' response deadline to Plaintiff's Second Amended Complaint as follows:

WHEREAS, Defendants response deadline to Plaintiff's Second Amended Complaint is

1  June 1, 2015;

2  WHEREAS, Defendants need additional time to respond to Plaintiff's Second Amended
3  Complaint;

4  WHEREAS, this request is not made for purposes of delay and is supported by good
5  cause;

6  NOW, THEREFORE, in consideration of the foregoing, and for good cause, the Parties
7  HEREBY STIPULATE AND AGREE as follows:

8  1. Defendants will respond to Plaintiff's Second Amended Complaint on or before
9  June 10, 2015.

10 **IT IS SO STIPULATED.**

11 DATED this 1st day of June, 2015.                    DATED this 1st day of June, 2015.

12 ALVERSON, TAYLOR, MORTENSEN                          SNELL & WILMER L.L.P.
   & SANDERS

14 By: /s/ Matthew Pruitt                               By:   /s/ Karl O. Riley
   Kurt R. Bonds, Esq.                                  Paul Swen Prior, Nevada Bar No. 9324
   Matthew M. Pruitt, Esq.                              Karl O. Riley, Nevada Bar No. 12077
15 7401 W. Charleston Blvd.                             V.R. Bohman, Nevada Bar No. 13075
   Las Vegas, NV 89117                                  3883 Howard Hughes Parkway, Suite 1100
16 Telephone: (702) 384-7000                            Las Vegas, Nevada 89169
                                                        Tel: (702) 784-5200

18 *Attorneys for Plaintiff*                            *Attorneys for Defendant Diamond Resorts
                                                        International Marketing, Inc. and Darryl
19                                                      Troy Partin*

**ORDER**

**IT IS ORDERED THAT** Defendants shall respond to Plaintiff's Second Amended Complaint on or before June 10, 2015.

**IT IS SO ORDERED.**

DATED this 2nd day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court