**ALVERSON, TAYLOR,
MORTENSEN & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MATTHEW M. PRUITT, ESQ.
Nevada Bar #12474
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com
Attorneys for Caroline Schaefer

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

*   *   *

| | |
|---|---|
| CAROLINE SCHAEFER, | 2:14-cv-01900-GMN-CWH |
| Plaintiff, | |
| vs. | |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a California corporation; DARRYL TROY PARTIN, an individual; ROE BUSINESS ENTITIES I through X, inclusive; and DOES I through X, inclusive. | |
| Defendants. | |

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff CAROLINE

SCHAEFER, by and through her counsel of record Alverson, Taylor, Mortensen & Sanders, and

Defendants DIAMOND RESORTS INTERNATIONAL MARKETING, INC. and DARRYL

TROY PARTIN by and through their counsel of record Paul Swen Prior of Snell & Wilmer

L.L.P., as follows:

That Plaintiff shall have an extension of time up to and including July 13, 2015, within

which to respond to Defendant Darryl Troy Partin's Counterclaims.

1

KB/21259

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

This request does not exceed 30 days from the date the original response was due.

IT IS SO STIPULATED:

Dated: July 6, 2014                          **SNELL & WILMER L.L.P.**

                                    By  _____//S//_____
                                         PAUL SWEN PRIOR
                                         Nevada Bar #9324
                                         Attorney for Defendants,
                                         DIAMOND RESORTS INTERNATIONAL
                                         MARKETING, INC. and DARRYL TROY
                                         PARTIN

Dated: July 6, 2014                          **ALVERSON, TAYLOR,**
                                             **MORTENSEN & SANDERS**

                                    By  _____//S//_____
                                         KURT R. BONDS, ESQ.
                                         Nevada Bar #6228
                                         MATTHEW M. PRUITT, ESQ.
                                         Nevada Bar #12474
                                         Attorneys for Plaintiff,
                                         CAROLINE SCHAEFER

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:**  07/07/2015.

N:\kurt.grp\CLIENTS\21200\21259\pleading\stip2extend time4response2counterclaims.doc

2                                            KB/21259

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000