UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CAROLINE SCHAEFER,<br><br>        Plaintiff,<br><br>vs.<br><br>DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al.<br><br>        Defendants. | 2:14-cv-01900-GMN-CWH<br><br><u>SCHEDULING ORDER</u> |

       Presently before the Court is Plaintiff Caroline Schaefer's Motion to Extend Discovery (Doc. #47), which is unopposed. The Court finds that Plaintiff has demonstrated good cause to extend the remaining discovery deadlines by sixty (60) days.

       IT IS THEREFORE ORDERED that Plaintiff Caroline Schaefer's Motion to Extend Discovery (Doc. #47) is GRANTED.

       IT IS FURTHER ORDERED that the Clerk of Court shall enter the following Scheduling Order:

1.    Discovery cutoff                                         **October 5, 2015**

2.    Dispositive motions                                    **November 3, 2015**

       IT IS FURTHER ORDERED that any extension of the discovery deadline will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery must be received by the Court at least **twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court. All motions or stipulations to extend a deadline set forth in a discovery plan must be

received no later than **twenty-one (21) days** before expiration of the subject deadline or at least **twenty-one (21) days** prior to the expiration of any extension thereof that may have been approved by the Court.  Any extension or modification of a discovery deadline or subject deadline not filed at least **twenty-one (21) days** prior to the date fixed for completion of discovery or the expiration of the subject deadline must be supported by a showing that the failure to act was the result of excusable neglect.  The motion or stipulation must include:

    a.    A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

    b.    A specific description of the discovery which remains to be completed;

    c.    The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

    d.    A proposed schedule for the completion of all remaining discovery.

**IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties must file a written, joint proposed Pretrial Order by **December 3, 2015**.  If dispositive motions are filed, then the parties must file a written, joint proposed Pretrial Order within 30 days of the date the Court enters a ruling on the dispositive motions.

DATED: July 31, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge