1    **ALVERSON, TAYLOR,**
     **MORTENSEN & SANDERS**
2    KURT R. BONDS, ESQ.
     Nevada Bar #6228
3    MATTHEW M. PRUITT, ESQ.
     Nevada Bar #12474
4    7401 W. Charleston Boulevard
5    Las Vegas, NV 89117
     (702) 384-7000
6    efile@alversontaylor.com
7    Attorneys for Caroline Schaefer

8

9                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

10                              *   *   *

11

12   CAROLINE SCHAEFER,                    2:14-cv-01900-GMN-CWH

13              Plaintiff,
     vs.
                                           **STIPULATION AND ORDER TO**
14                                         **EXTEND TIME TO FILE PLAINTIFF'S**
     DIAMOND RESORTS INTERNATIONAL         **OPPOSITION TO DEFENDANTS'**
15   MARKETING, INC., a California corporation;   **MOTIONS FOR SUMMARY JUDGMENT**
     DARRYL TROY PARTIN, an individual;
16   ROE BUSINESS ENTITIES I through X,
     inclusive; and DOES I through X, inclusive.
17

18              Defendants.

19          WHEREAS    both   Defendants   DIAMOND   RESORTS   INTERNATIONAL

20   MARKETING, INC. and DARRYL TROY PARTIN filed Motions for Summary Judgment on

21   November 3, 2015, and whereas Plaintiff's Responses to those Motions are due on November

22   27, 2015, the parties now stipulate hereto as follows:

23

24

25   ///

26

27   ///

28
                                1                        KB/21259

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    Plaintiff shall have until December 4, 2015 to file her Responses to each of Defendant's

2    Motions for Summary Judgment. Defendants shall have until December 22, 2015 to file their

3    Replies.

4

5    DATED this 24th day of November, 2015.        DATED this 24th day of November, 2015.

6

7    SNELL & WILMER, LLP                           ALVERSON, TAYLOR,
                                                   MORTENSEN & SANDERS
8
     //S//                                         //S//
9    _____              _____
10   PAUL SWEN PRIOR, ESQ.                         KURT R. BONDS, ESQ.
     Nevada Bar #9324                              Nevada Bar #6228
11   KARL O. RILEY, ESQ.                           MATTHEW M. PRUITT, ESQ.
     Nevada Bar #12077                             Nevada Bar #12474
12   V.R. BOHMAN, ESQ.                             7401 W. Charleston Boulevard
     Nevada Bar #13075                             Las Vegas, NV 89117
13   3883 Howard Hughes Parkway                    Attorneys for Plaintiff Caroline Schaefer
     Suite 1100
14   Las Vegas, Nevada 89169
     Attorneys for Defendants Diamond Resorts
15   International Marketing, Inc. and Darryl Troy
     Partin
16

17                                **ORDER**

18       It is hereby Ordered according to the Parties' stipulation:

19       Plaintiff shall have until December 4, 2015 to file her Responses to each of Defendant's

20   Motions for Summary Judgment. Defendants shall have until December 22, 2015 to file their

21   Replies.

22

23       DATED this __24__ day of ____November____, 2015.

24

25   _____

26   DISTRICT COURT JUDGE

27   N:\kurt.grp\CLIENTS\21200\21259\pleading\Stip and Order.doc

28
                                          2                          KB/21259