Paul Swen Prior
Nevada Bar No. 9324
V.R. Bohman
Nevada Bar No. 13075
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com
        vbohman@swlaw.com

*Attorneys for Defendants Diamond Resorts International Marketing, Inc. and Darryl Troy Partin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINE SCHAEFER, an individual<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS INTERNATIONAL, LLC, a Nevada limited liability company; DIAMOND RESORTS INTERNATIONAL MARKETING, INC., a California corporation; DARRYL TROY PARTIN, an individual; ROE BUSINESS ENTITIES I through X, inclusive; and DOES I through X, inclusive.<br><br>Defendants. | CASE NO.   2:14-cv-01900-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Caroline Schaefer ("Plaintiff") and Defendants Diamond Resorts International, Inc., Diamond Resorts International, LLC, Diamond Resorts International Marketing, Inc., and Darryl Troy Partin ("Defendants"), by and through their respective counsel, hereby stipulate that

/ / /

/ / /

/ / /

/ / /

the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorney's fees.

Dated: ~~February~~ April 28, 2016

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: /s/ _____
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
Matthew M. Pruitt, Esq.
Nevada Bar No. 12474
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Blvd.
Las Vegas, NV 89117

*Attorneys for Caroline Schaefer*

Dated: ~~February~~ April 28, 2016

SNELL & WILMER L.L.P.

By: /s/ _____
Paul Swen Prior
Nevada Bar No. 9324
V.R. Bohman
Nevada Bar No. 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants*

## ORDER

**Accordingly, based on the foregoing Stipulation and good case appearing,**
**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**.
**IT IS FURTHER ORDERED** that Defendant Diamond Resorts International Marketing, Inc.'s Motion for Summary Judgment (ECF No. 55), Defendant Darryl Troy Partin's Motion for Summary Judgment (ECF No. 57), Plaintiff Caroline Shaefer's Counter Motions for Summary Judgment (ECF Nos. 72, 73), and Defendants' Motions to Strike Responses (ECF Nos. 80, 81) are **DENIED as moot**.

DATED this 2 day of May, 2016.

_____
**Gloria M. Navarro, Chief Judge**
**United States District Court**

Respectfully submitted by:

SNELL & WILMER L.L.P.

/s/ _____
Paul Swen Prior
Nevada Bar No. 9324
V.R. Bohman
Nevada Bar No. 13075
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants*
23554432

- 2 -